**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

KAP-SUM PROPERTIES, L.L.C. v. GENERAL SERVICES ADMINISTRATION and DAN M. TANGHERLINI, acting administrator, General Services Administration

No. 14-1126

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: KAP-SUM PROPERTIES, L.L.C.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Julie Johnston-Ahlen
Law firm: Novack and Macey LLP
Address: 100 North Riverside Plaza
City, State and ZIP: Chicago, Illinois 60606
Telephone: (312) 419-6900
Fax #: (312) 419-6928
E-mail address: jja@novackmacey.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/3/13

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/10/13                                    /s/ Julie Johnston-Ahlen
   Date                                   Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

Julie Johnston-Ahlen, an attorney, certifies that she caused copies of the foregoing **Entry of Appearance** to be served on counsel of record by U.S. mail and by electronically filing the document with the Clerk of Court using the ECF system on this 10th day of December, 2013.

                                                  /s/ Julie Johnston-Ahlen